FILED

JAN 1 8 2008
1-18-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Jacqueline Varela

v.

Defendant(s) Jody Reed.

07cv7244

Case No. 07 c 7244

Judge Gettleman
Magistrate Judge Cox.

Response to complaint.
(count I - overtime wages)

Statement of Claim — Mrs. Varela was employed for a period of four months. (march 2007 — Aug 2007). She was approved to work only 40 hours a week. Mrs. Varela did not use the Company's Required Time Clock, which cannot be manipulated, to keep track of her hours, ~~but instea~~ Instead, she used her own records to submit the hours worked. Prior to being discharged, she Deleted ALL of her records that I could use to document exactly when she was working. She did not work more than forty hours a week, and she admitted to destroying her files that could be used to document her work schedule.

1 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

V.

Case No.

Defendant(s)

Count II (Discriminatory Discharge)

Statement of claim — Mr. Varela was not Discharged because of requesting payment for overtime. She was discharged because of her irratic And threatening behavior, which Continued to worsened over a period of ~~seven~~ Three months. This is A Mental Health Office where we Treat Patients. We have one Psychiatrist, two Psychologist, And Three Therapists. ALL of These mental health providers have agreed to Testify that the following behavior mrs. Varela was happe happening to such an extent, that she ~~needed to~~ Could not function as a Receptionist.

Mrs Varela Repeatedly would

①  ~~Fight~~  Get into verbal arguments with patients.
②  ~~Shout out~~ SHOUT OUT patient private medical information
③  GET into conflicts with the mental health providers.

JK 1/18/08

2 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

J.

Case No.

V.

Defendant(s)

During the time of employment, I threatened to call the police on her twice. SHE Deleated Patient Medical information. SHE Deleated ALL Information related to Her from the company's Data Base, SHE would Regularly visit ~~Internet~~ Internet DATing sites (facebook, My space, etc) while working, SHE continued to use the fax machine for Personal reasons, She would enter the office After ~~hours~~ Hours when the office was closed. SHE continued to Bring her child to work, After she was Instructed that she could not bring her child to work. Her child would ~~enter~~ Treatment Rooms, while Patients were being treated.

JR 1/08/08

3 or 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Case No.

V.

Defendant(s)

Prayer for Relief.

- I request that this suit be dropped because Mrs. Varela Admitted That she deleted company records to verify the actual hours she worked AND she was terminated ~~AFTER~~ AFTER ALL OF The Mental health Providers felt that her behavior was to threatening for the staff and The Patients.

Jody. Reed.
1/18/08

4 of 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_Jacqueline Varela_
**PLAINTIFF**

CASE NO. _07 c 7244_

VS.

_Jody Reed_
**DEFENDANT**

## PROOF OF SERVICE

TO: _Jacqueline Varela_

TO: _____

TO: _____

I, the undersigned (plaintiff / ~~defendant~~), certify that on the _18_ day of _January_, _2008_, I served a copy of this _us mail_ to each person whom it is directed by way of

Name _Jody Reed_
Address _15020 Ravinia ave. ste 29_
City/Zip _Orland Park, IL, 60462_
_(708) 873-9059_