## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 07 C 7244

Jacqueline Varela,    Plaintiff,
    -vs-
Jody Reed, M.D. d/b/a Orland Park Family Service and
Orland Family Service,
            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jody Reed, M.D. d/b/a Orland Park Family Service and Orland Family Service

| | |
|---|---|
| NAME (Type or print) <br> G. Ryan Liska | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ G. Ryan Liska | |
| FIRM <br> Niew Legal Partners, P.C. | |
| STREET ADDRESS <br> 600 Hunter Drive, Suite 310 | |
| CITY/STATE/ZIP <br> Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277911 | TELEPHONE NUMBER <br> (630) 586-0110 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |