IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE VARELA, | ) | |
| | ) | No.   07 CV 7244 |
| Plaintiffs, | ) | |
| | ) | Judge Gettlemen |
| vs. | ) | |
| | ) | Magistrate Judge Cox |
| JODY REED, M.D., d/b/a ORLAND PARK FAMILY SERVICE and ORLAND FAMILY SERVICE, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Ernest T. Rossiello
Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street
Suite 1330
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 29th day of January, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois **G. Ryan Liska's Appearance on behalf of Defendants, Jody Reed, M.D., d/b/a Orland Park Family Service and Orland Family Service**, a copy of which is attached and hereby served upon you.

/s/ G. Ryan Liska
One of the Attorneys for Plaintiffs

G. Ryan Liska
Berglund & Niew, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523
(630) 990-0234
Attorney ARDC No. 6277911

## CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served copies of this **Notice of Filing and G. Ryan Liska's Appearance on behalf of Defendants, Jody Reed, M.D., d/b/a Orland Park Family Service and Orland Family Service** to the above attorney via ECF as to Filing Users from 600 Hunter Drive, Suite 310, Oak Brook, Illinois on the 29th day of January, 2008.

/s/ Darice M. Duffy