U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 07 C 7244
Jacqueline Varela,    Plaintiff,
         -vs-
Jody Reed, M.D. d/b/a Orland Park Family Service and
Orland Family Service,
              Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jody Reed, M.D. d/b/a Orland Park Family Service and Orland Family Service

| NAME (Type or print) |
| --- |
| Stanley E. Niew |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stanley E. Niew |
| FIRM |
| Niew Legal Partners, P.C. |
| STREET ADDRESS |
| 600 Hunter Drive, Suite 310 |
| CITY/STATE/ZIP |
| Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2053721 | (630) 586-0110 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐