IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE VARELA, | ) |
| | ) No.   07 CV 7244 |
| | ) |
| Plaintiffs, | ) Judge Gettlemen |
| | ) |
| vs. | ) Magistrate Judge Cox |
| | ) |
| JODY REED, M.D., d/b/a ORLAND PARK FAMILY SERVICE and ORLAND FAMILY SERVICE, | ) |
| Defendant. | ) |

**NOTICE OF FILING**

TO:   Ernest T. Rossiello
      Ernest T. Rossiello & Associates, P.C.
      134 North LaSalle Street
      Suite 1330
      Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on the 18th day of February, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois via e-filing, **Answer to Complaint**, a copy of which is attached and hereby served upon you.

                                           /s/ G. Ryan Liska
                                           One of the Attorneys for Defendants

G. Ryan Liska
Niew Legal Partners, P.C.
600 Hunter Drive
Oak Brook, Illinois 60523
(630) 586-0110
Attorney ARDC No. 627791


CERTIFICATE OF SERVICE

   I, the undersigned, a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served copies of this **Notice of Filing and Answer to Complaint** on the above attorney via ECF as to Filing Users from 600 Hunter Drive, Suite 310, Oak Brook, Illinois on the 18th day of February, 2008.

                                           /s/ Bernadette M. Ivaska