IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE VARELA, | ) | |
| | ) | No.    07 CV 7244 |
| | ) | |
| Plaintiffs, | ) | Judge Gettlemen |
| | ) | |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| JODY REED, M.D., d/b/a ORLAND PARK FAMILY SERVICE and ORLAND FAMILY SERVICE, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

NOW COME the Defendants, JODY REED, M.D., d/b/a ORLAND PARK FAMILY SERVICE and ORLAND FAMILY SERVICE (collectively "Defendants"), by and through its attorney, G. Ryan Liska  of NIEW LEGAL PARTNERS, P.C., and presents its Motion to Continue Status Hearing, which states as follows:

1.	On March 3, 2008 the Court set the matter for initial status on March 25, 2008 and further ordered the principal trial attorney or attorney with sufficient familiarity in responsibility for the case be present.

2.	The undersigned who is the lead attorney on the case will be in Florida from March 20 through March 30, 2008.  Stanley E. Niew who will be acting as trial attorney in the case is unavailable on March 25, 2008 due to another court commitment in DuPage County, Illinois.   The undersigned and Stanley E. Niew are the only attorneys from the law firm, Niew Legal Partners, P.C., who will be handling this matter.

3.      Based on the aforementioned, Defendants request that this Court either continue the status hearing for a date after March 31, 2008, or, in the alternative, allow the undersigned to participate in this status conference via telephone on March 25, 2008.

WHEREFORE, the Defendants, JODY REED, M.D., d/b/a ORLAND PARK FAMILY SERVICE and ORLAND FAMILY SERVICE, pray that this Honorable Court grant its Motion to continue the status conference which is presently scheduled for March 25, 2008, or in the alternative, allow the undersigned, G. Ryan Liska of Niew Legal Partners, P.C. to participate in the status conference via telephone on March 25, 2008, and for any other relief deemed just and equitable.

                JODY REED, M.D., d/b/a ORLAND PARK
                FAMILY SERVICE and ORLAND FAMILY
                SERVICE


By:    s/ G. Ryan Liska
       G. Ryan Liska, One of Their Attorneys

G. Ryan Liska
NIEW LEGAL PARTNRS, P.C.
600 Hunter Drive
Suite 310
Oak Brook, Illinois 60523
(630) 586-0110
ARDC No. 627791