IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE VARELA, | ) | |
| | ) | No.    07 CV 7244 |
| | ) | |
| Plaintiffs, | ) | Judge Gettlemen |
| | ) | |
| vs. | ) | Magistrate Judge Cox |
| | ) | |
| JODY REED, M.D., d/b/a ORLAND PARK FAMILY SERVICE and ORLAND FAMILY SERVICE, | ) ) ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

To:    Erica Longfield
    Ernest T. Rossiello & Associates, P.C.
    134 North LaSalle Street
    Suite 1330
    Chicago, Illinois 60602

    PLEASE TAKE NOTICE that on the 19th day of March, 2008, at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert W. Gettlemen in Courtroom 1703 of the Dirksen Federal Building, Chicago, Illinois, and then and there present a copy of Motion to Continue Status Conference, a copy of which is attached and hereby served upon you.

                    JODY REED, M.D., d/b/a ORLAND PARK
                    FAMILY SERVICE and ORLAND FAMILY
                    SERVICE
                    By:    s/ G. Ryan Liska
                        G. Ryan Liska, One of Their Attorneys

G. Ryan Liska
Niew Legal Partners, P.C.
600 Hunter Drive
Oak Brook, Illinois 60523
(630) 586-0110
Attorney ARDC No. 627791

CERTIFICATE OF SERVICE

      I, the undersigned, a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served copies of this **Notice of Filing and Motion to Continue Status Conference** on the above attorney via ECF as to Filing Users from 600 Hunter Drive, Suite 310, Oak Brook, Illinois on the 10th day of March, 2008.

                              /s/ Bernadette M. Ivaska


G. Ryan Liska
NIEW LEGAL PARTNRS, P.C.
600 Hunter Drive
Suite 310
Oak Brook, Illinois 60523
(630) 586-0110
ARDC No. 627791