## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7244 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Jacqueline Varela    vs    Judy Reed | | |

**DOCKET ENTRY TEXT:**

No one appears for the status hearing.
This cause is dismissed for want of prosecution.

[Docketing to mail  notice]

00:01

| | Courtroom Deputy | GDS |
|---|---|---|